UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| In re:<br><br>Richard Brudis Ferguson Jr<br><br>Debtor, | Case No. 14-46461-BDL<br><br>Chapter 13<br><br>RESPONSE TO OBJECTION TO CLAIM |

Wells Fargo Financial Washington 1, Inc., its assignees and/or successors, ("Secured Creditor") responds to Debtor's Objection to Claim as follows:

**FACTUAL BACKGROUND**

On or about March 15, 2004, Debtor executed a Note and Deed of Trust in the amount of $202,122.68 securing the property located at 820 6th Avenue, Tacoma, WA 98405 ("subject property.

On December 8, 2014, Debtor filed a Chapter 13 bankruptcy case, 14-46461-BDL. The subject Objection to Claim having been filed on February 9, 2015.

///
///
///

Response to Objection - 1
MH # WA-14-109684

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
206-319-9100

# ARUGMENT

## A. THE PROOF OF CLAIM IS PROPER - DEBTOR FAILED TO PROVIDE EVIDENCE TO REBUT THE PRESUMPTION THAT THE PROOF OF CLAIM IS VALID

Unless an objection is filed, a timely filed proof of claim is deemed allowed. See 11 USC §502(a); *In re G.I. Indus., Inc.* (9th Cir. 2000) 204 F3d 1276, 1280. If a proof of claim is filed using the appropriate form, executed under penalty of perjury, and filed with the bankruptcy court, it is prima facie evidence of the legitimacy and sum of the claim. See Federal Rule of Bankruptcy Procedure Rule 3001(f); *In re Southern Calif. Plastics, Inc.* (9th Cir. 1999) 165 F3d 1243, 1247-1248. To overcome the presumption that the claim is valid and correct, debtor must provide evidence to the contrary which creates a triable issue of fact. See *In re G.I. Indus., Inc.* (9th Cir. 2000) 204 F3d 1276, 1280; *In re Medina* (9th Cir. BAP 1996) 2005 BR 216, 222; *In re Hemingway Transport, Inc.* (1st Cir. 1993) 996 F2d 915, 215; and *In re Gran* (8th Cir. 1992) 964 F.2d 822, 827.

In the current matter, Debtor submits an objection to claim stating that the claim includes escrow shortage or deficiency of $20,865.75 without itemization of these charges. However, attached to the Proof of Claim is Secured Creditor's escrow analysis. As such, the Debtor has not overcome the presumption that the proof of claim is valid, and the Objection to Claim should be denied.

Response to Objection - 2
MH # WA-14-109684

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
206-319-9100

Case 14-46461-BDL    Doc 30    Filed 03/05/15    Ent. 03/05/15 14:25:32    Pg. 2 of 4

## CONCLUSION

Debtor has not presented any evidence to refute the presumption that the Proof of Claim is valid. Therefore, the Objection to Claim should be denied.

Dated: 3/5/15          **McCarthy & Holthus, LLP**

By: /s/ Annette E. Cook
Annette E. Cook, Esq. WSBA#31450
Attorney for Secured Creditor

Response to Objection - 3
MH # WA-14-109684

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
206-319-9100

Case 14-46461-BDL    Doc 30    Filed 03/05/15    Ent. 03/05/15 14:25:32    Pg. 3 of 4

# CERTIFICATE OF SERVICE

On 3/5/2015, I served the foregoing **RESPONSE TO OBJECTION** on the following individuals by electronic means through the Court's ECF program

**TRUSTEE**
David M Howe
ecfcomputer@chapter13tacoma.org

**DEBTOR(S) COUNSEL**
James F Dart
jdart@shoedartlaw.com

**SPECIAL NOTICE**
Kathleen V Shoemaker
kshoemaker@shoedartlaw.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Amy Shaw
Amy Shaw

On 3/5/2015, I served the foregoing **RESPONSE TO OBJECTION** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR**
Richard Brudis Ferguson Jr, 1304 19th St. Ct. NW, Gig Harbor, WA 98335

**US TRUSTEE**
700 Stewart St Ste 5103, Seattle, WA 98101

**SPECIAL NOTICE(S)**
Columbia State Bank, Columbia State Bank, c/o Todd M. Blodgett, 1201 Pacific Ave #1200, Tacoma, WA 98402

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 3/5/2015

/s/ Christian Aguilar
Christian Aguilar